◢ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA          :    **08 CRIM 563**

    v.                            :    NOTICE OF INTENT
                                       TO FILE AN INFORMATION

WILLIAM SO,                       :
    a/k/a "Hoon So,"
                                       JUDGE SULLIVAN
            Defendant.            :

---------------------------------x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May __, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Jenna M. Dabbs
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              David Gordon, Esq.
                              Attorney for William So

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

5/28/08 WHEEL A